■ In the Matter of TYLER W., an Infant. MONROE COUNTY DEPARTMENT OF HUMAN SERVICES, Respondent; MARTHA W., Appellant. [921 NYS2d 605]—Appeal from an order of the Family Court, Monroe County (Dandrea L. Ruhlmann, J.), entered May 26, 2009 in a proceeding pursuant to Family Court Act article 10. The order, inter alia, ordered that the permanency goal for the child is permanent placement with a fit and willing relative.

It is hereby ordered that said appeal is unanimously dismissed without costs (*see Matter of Clancy v Paganini*, 45 AD3d 682 [2007]). Present—Centra, J.P., Fahey, Lindley, Gorski and Martoche, JJ.